UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PONCIANO AUSTRIA,<br><br>    Petitioner,<br><br>    v.<br><br>JOHN D. ASHCROFT, et al.,<br><br>    Respondents. | CASE NO. C04-2248-MJP-MAT<br><br>ORDER ON STIPULATION FOR ORDER OF VOLUNTARY DISMISSAL |

THE PARTIES having filed a Stipulation for Order of Voluntary Dismissal (Dkt. #15), and it appearing that no issues remain for the Court's determination,

IT IS ORDERED that this action and all claims asserted herein are DISMISSED without prejudice.

DATED this _23rd_ day of ____September_____, 2005.

*/s/ Marsha J. Pechman/*
Marsha J. Pechman
U.S. District Judge

Recommended for Entry
this _26th_ day of September, 2005.

s/ Mary Alice Theiler

ORDER ON STIPULATION FOR ORDER OF
VOLUNTARY DISMISSAL
PAGE -1

01 | United States Magistrate Judge

ORDER ON STIPULATION FOR ORDER OF
VOLUNTARY DISMISSAL
PAGE -2